# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JAMES LAUGHRIDGE,

    Plaintiff,

v.                                      Case No:   6:25-cv-2126-CEM-LHP

BRANDON STAHL, COURTNEY
PARENTI, JOSEPH LUNDY and
JOHN DOE,

    Defendants

## ORDER

Before the Court is Plaintiff's Motion for Early Discovery to Identify John Doe Defendant. On review, the motion is **DENIED without prejudice** for failure to provide a memorandum of law as required by Local Rule 3.01(b). Specifically, the motion fails to demonstrate, with citation to legal authority, why plaintiff is entitled to the early discovery he seeks. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."), *cert. denied*, 493 U.S. 863 (1989).

**DONE** and **ORDERED** in Orlando, Florida on December 8, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties