**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES LAUGHRIDGE,

      Plaintiff,

v.                           Case No:   6:25-cv-2126-CEM-LHP

BRANDON STAHL, COURTNEY
PARENTI, JOSEPH LUNDY and
JOHN DOE,

      Defendants

---

**ORDER**

Before the Court is Plaintiff's Motion for Leave to Conduct Limited Early Discovery for Purposes of Identifying Defendants and Effecting Service and for Extension of Time to Serve Defendants.  Doc. No. 20.  The motion seeks early discovery for the purposes of obtaining information Plaintiff asserts is necessary to effect service on Defendants Brandon Stahl and Courtney Parenti and to identify a fourth officer "John Doe."  *Id.* at 2.  The motion also seeks an extension of time of forty-five (45) days after completion of this early discovery to serve those Defendants.  *Id.* at 5.  The motion states that counsel for Defendant Joseph Lundy opposes the request for early discovery, but does not object to the extension of time

to serve the other Defendants. *Id.* at 6. Defendant Lundy has not, however, filed a response to the motion, and the time to do so has expired.

Upon consideration, Plaintiff's motion (Doc. No. 20) is **GRANTED IN PART AND DENIED AS MOOT IN PART**. To the extent the motion seeks discovery for the purposes of identifying Defendants, that request is **DENIED AS MOOT** given that discovery commenced on or about January 23, 2026. *See* Doc. No. 23; Fed. R. Civ. P. 26(d)(1). Therefore, Plaintiff is free to undertake discovery as permitted by the Federal Rules of Civil Procedure and the Middle District of Florida Civil Discovery Handbook. With respect to Plaintiff's request for additional time to effect service, the Court does not provide contingent or unclear deadlines, therefore Plaintiff's request for additional time to effect service on the remaining Defendants is **GRANTED** to the extent that Plaintiff shall file returns of service with the Court for all remaining Defendants within **ninety (90) days** from the date of this Order. *See* Fed. R. Civ. P. 4(m).

**DONE** and **ORDERED** in Orlando, Florida on February 18, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -