**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES LAUGHRIDGE,

        Plaintiff,

v.                                    Case No:   6:25-cv-2126-CEM-LHP

BRANDON STAHL, COURTNEY
PARENTI, JOSEPH LUNDY and
JOHN DOE,

        Defendants

---

**ORDER**

Before the Court is Plaintiff's Motion to Compel Compliance with Rule 45 Subpoena and Incorporated Memorandum of Law.   Doc. No. 36.   On review, the motion is **DENIED without prejudice** for failure to comply with the word limitations set forth in the Standing Order on Discovery Motions.   *See* Doc. No. 29 ¶ 3.   The motion also does not certify conferral with Kimberly Laskoff, to whom the subpoena is directed.   *See* Doc. No. 36-1.   *See, e.g.*, *Clay v. IH4 Prop. Fla., L.P.*, No. 2:19-cv-423-FtM-66NPM, 2020 WL 8918875, at *1 (M.D. Fla. July 2, 2020) (requiring conferral with the non-party pursuant to Local Rule 3.01(g)).   Nor does the motion state that the motion itself was served on Kimberly Laskoff, a non-party

to this case. *See* Fed. R. Civ. P. 45(d)(2)(B)(i) (requiring "notice to the commanded person"); *Roca Labs, Inc. v. Consumer Opinion Corp.*, No. 8:14-cv-2096-T-33EAJ, 2015 WL 12939597, at *1 (M.D. Fla. June 17, 2015) (denying without prejudice motion to compel regarding non-party subpoena that did not state that the motion was served on the non-party).

Any renewed motion must address these issues, and must fully comply with all Federal Rules of Civil Procedure, Local Rules, and Court Orders. *See also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989), *cert. denied*, 493 U.S. 863 (1989) (*pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

**DONE** and **ORDERED** in Orlando, Florida on May 18, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -