**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES LAUGHRIDGE,

        Plaintiff,

v.

        Case No: 6:25-cv-2126-CEM-LHP

BRANDON STAHL, COURTNEY
PARENTI, JOSEPH LUNDY and
JOHN DOE,

        Defendants

---

**ORDER**

(And Direction to the Clerk)

This cause comes before the Court for consideration of two motions filed by *pro se* Plaintiff James Laughridge. The first is Plaintiff's Motion for Leave to File First Amended Complaint. Doc. No. 34. Defendant Joseph Lundy, the only Defendant who has appeared in this case to date, does not oppose. *Id.*, at 3. And while the motion was filed after the deadline to amend pleadings had passed (Doc. No. 26, at 1), the Court finds that Plaintiff has established good cause for the late request, including that the filing will narrow the issues and parties in this case. Accordingly, the motion (Doc. No. 34) is **GRANTED**, and the Clerk of Court is **DIRECTED** to file the attached first amended complaint (Doc. No. 34-1), as a

separate docket entry.   With the filing of the amended complaint, Defendant Joseph Lundy's motion to dismiss (Doc. No. 17) is **DENIED AS MOOT**. Defendant Lundy shall respond to the amended complaint within the time afforded by Fed. R. Civ. P. 15(a)(3).

Second, Plaintiff has filed a Motion to Extend Time to Serve Defendants Brandon Stahl and Shane Overfield.   Doc. No. 35.   The Court notes Defendant Joseph Lundy's objection (*id.*, at 4), but does not require a response to rule on the motion.   Upon consideration, the motion (Doc. No. 35) is **GRANTED.**   Plaintiff shall have **90 days from the date of this Order** to serve Defendants Brando Stahl and Shane Overfield.   *See* Fed. R. Civ. P. 4(m).

**DONE** and **ORDERED** in Orlando, Florida on May 18, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -