UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES LAUGHRIDGE,**

**Plaintiff,**

**v.** **Case No. 6:25-cv-2126-CEM-LHP**

**BRANDON STAHL, JOSEPH LUNDY, and SHANE OVERFIELD,**

**Defendants.**

_________________________________/

**ORDER**

THIS CAUSE is before the Court on Defendant Joseph Lundy's Motion to Dismiss Plaintiff's Amended Complaint (Doc. 45) and Defendants Shane Overfield and Brandon Stahl's Motion to Dismiss the Amended Complaint (Doc. 51). The United States Magistrate Judge issued a Report and Recommendation (Doc. 60), recommending that Defendants' Motion to Dismiss (Doc. Nos. 45, 51) be denied.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 60) is **ADOPTED** and made a part of this Order.

2. Defendant Joseph Lundy's Motion to Dismiss Plaintiff's Amended Complaint (Doc. 45) is **DENIED**.
3. Defendants Shane Overfield's and Brandon Stahl's Motion to Dismiss the Amended Complaint (Doc. 51) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on October 28, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party